# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3170

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff-Appellee, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| William H. Weddell; | * | District Court for the District |
| | * | of South Dakota. |
| Defendant, | * | |
| | * | [UNPUBLISHED] |
| Yankton Sioux Tribe, Marty, South | * | |
| Dakota, | * | |
| | * | |
| Garnishee-Appellant. | * | |

_____

Submitted:  May 11, 1999
Filed: May 20, 1999

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Yankton Sioux Tribe appeals the district court's denial of the Tribe's motion to dismiss the Government's postjudgment garnishment of a tribal employee under the Federal Debt Collection Procedures Act on the basis of the Tribe's sovereign immunity. Having reviewed the record and the parties' briefs, we are satisfied the district court's ruling that the Act waives the Tribe's sovereign immunity was correct.  We also

conclude that an extended discussion is not warranted.  We thus affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.